UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JOSEPH PITTMAN,

                        Plaintiff,

            -against-

SUFFOLK COUNTY P.D.H.Q. 5th Precinct,
P.O. ROBERT E. LANDGROVER # 5624, P.O.
MICHAEL L. CAMPBELL # 5346 and P.O.
ADAM R. FRIEDLANDER # 1368,

                        Defendants.
------------------------------------------------------------------x

**ORDER**
13-CV-2462 (LDH) (AYS)

L<small>A</small>SHANN D<small>E</small>ARCY HALL, United States District Judge:

      On September 9, 2016, United States Magistrate Judge Anne Y. Shields issued a Report and Recommendation recommending that this Court dismiss the instant action with prejudice for Plaintiff's failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Any written objections to the Report and Recommendation had to be filed with the Clerk of Court within fourteen (14) days of service of the report. To date, no objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks and citations omitted).

The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Shield's Report and Recommendation as the opinion of this Court. The Clerk of Court is directed to enter judgment in accordance with this order and close this case. The Clerk of Court is further directed to mail a copy of this order to Plaintiff.

Dated: January 6, 2017
      Brooklyn, New York

                                    SO ORDERED:

                                    /s/ LDH
                                LaSHANN DeARCY HALL
                                United States District Judge